UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JACKIE M. SAGASTUME,

    Plaintiff,

v.                                                                                                          Civ. No. 20-258 MV/GJF

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Gregory J. Fouratt filed his Proposed Findings and Recommended Disposition ("PFRD") on October 26, 2021, in which he recommended that the decision of the Administrative Law Judge be remanded in part and affirmed in part. ECF 32. The PFRD notified the parties of their ability to file objections no later than November 9, 2021 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. As neither party filed any objections by that date, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that**:**

1. The Magistrate Judge's PFRD [ECF 32] is **ADOPTED**;

2. Plaintiff's Motion to Remand [ECF 23] is **GRANTED IN PART AND DENIED IN PART**;

3. This matter is **REMANDED** to the Social Security Administration for further proceedings consistent with this Order; and

4. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE